No. 75–5742.  HUNTER *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 75–5745.  DIAZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–5753.  HOLDING *v.* HOLDING.  Sup. Ct. Va.  Certiorari denied.

No. 75–5754.  GOBIE *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 75–5760.  FISH *v.* CARDWELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 75–5765.  MILLER *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–5766.  CANTY *v.* BROWN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–5768.  HOGAN *v.* HAVENER, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 75–5770.  TURLEY *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–5775.  EMERSON *v.* LASH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 75–5777.  VAN METER *v.* SECURITY SAVINGS BANK ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 75–5783.  DILLARD *v.* NEW YORK CITY TRANSIT AUTHORITY.  Ct. App. N. Y.  Certiorari denied.

No. 75–5791.  LABELLE *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.